I am IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY WEEDON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-312 |
| | ) | Judge Arthur J. Schwab/ |
| v. | ) | Chief Magistrate Judge Maureen P. Kelly |
| | ) | |
| GODLEWSKI, MARY CANINO, MIKE WENEROWICZ, SERGEANT DAMASKY, ROBERT GILMORE, MR. MARK DIAL-ESANDRO, IRMA VIHILDA, DORINA VARNER, C/O GOULD, MR. J. KENNEDY, and JIM BYUNAHAK, | ) ) ) ) ) ) | Re: ECF Nos. 47 and 49 |
| | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, this 29th day of November, 2016, after Plaintiff Gregory Weedon ("Plaintiff") filed an action in the above-captioned case, and after a Motion for Summary Judgment, [ECF No. 47](#), and a Motion to Dismiss, [ECF No. 49](#), were filed by Defendant Jim Byunahak, and after a Report and Recommendation was filed by the United States Magistrate Judge, [ECF No. 83](#), and upon consideration of the Objections filed by Plaintiff, [ECF No. 86](#), and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Defendant Jim Byunahak's Motion for Summary Judgment, [ECF No. 47](#), is GRANTED. IT IS FURTHER ORDERED that Defendant Jim Byunahak's Motion to Dismiss, [ECF No. 49](#), is DENIED AS MOOT.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

**SO ORDERED** this 29th day of November, 2016.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge


cc:     Honorable Maureen P. Kelly
        Chief United States Magistrate Judge

        Gregory Weedon
        JV3610
        1600 Walters Mill Road
        Somerset, PA  15510-0001

        All Counsel of Record Via CM-ECF